## THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

**MARQUAVION TILLMAN,** :
:
    **Movant,** : **Civil Action**
: **No. 3:20-cr-12 (CAR) CHW)**
**v.** :
: **Proceedings under 28 U.S.C. § 2255**
**UNITED STATES OF AMERICA,** :
:
    **Respondent.** :
_____

## ORDER ON RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Recommendation to dismiss without prejudice Movant Marquavion Tillman's Section 2255 petition. Movant did not file an objection, and the time in which to do so has expired. Having considered the Recommendation, the Court agrees with the findings and conclusions of the United States Magistrate Judge. Thus, the Recommendation [Doc. 64] is **ADOPTED** and **MADE THE ORDER OF THE COURT**. Movant's Section 2255 Motion [Doc. 58] is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute his Motion or otherwise comply with the Court's Order.

**SO ORDERED,** this 24th day of April, 2025.

S/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT