IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

MARQUAVION TILLMAN,     \*

        Plaintiff,     \*

v.     Case No.  3:20-CR-00012

    \*

UNITED STATES OF AMERICA,

    \*

        Defendant.

    \*

## **J U D G M E N T**

Pursuant to this Court's Order dated 4/24/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 24th day of April, 2025.

David W. Bunt, Clerk

s/ Angelica E. Niccolai, Deputy Clerk